UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD BETSON,

    Plaintiff,

v.

HOME DEPOT, U.S.A., INC.,

    Defendant.

_____/

Case No. 17-cv-10485
Hon. Matthew F. Leitman

## **JUDGMENT**

In accordance with the Opinion and Order dated October 18, 2018,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant and against Plaintiff.

            DAVID J. WEAVER
            CLERK OF COURT

    By:   s/Holly A. Monda
           Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: October 18, 2018
Flint, Michigan